**Seventeenth Ward Building and Loan Association et al., appellees, v. Sarah Julius et al., on appeal of Ellen L. McClane, appellant. Gen. No. 27,605.**

Petition that certain moneys in the hands of a receiver in a fore-

closure proceeding be paid to petitioner. Petition denied. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

James Booth McClane, for appellant. Max A. Drezmal and Ewart Harris, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.